# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WALTER STILES,** | ) |
| **ANGELA STILES,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 2:15-cv-01252-TMP |
| | ) |
| **EXOTIC CHICKEN WINGS INC.** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice. Having considered the Parties' Motion as well as additional information provided by the Parties, it is hereby ORDERED:

1. That the Joint Motion for Approval of Settlement is GRANTED; and

2. This case shall be DISMISSED, WITH PREJUDICE, with each party to bear his or her own costs, except as provided in the Parties' settlement agreements.

IT IS SO ORDERED.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE

{BH279227.1}